# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00224-CV

**Namken Construction, Inc. and Brandon Namken, Appellants**

**v.**

**Jeffrey Anderson and Cynthia Anderson, Appellees**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
### NO. 14-1456, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Namken Construction, Inc. and Brandon Namken have filed a motion to dismiss this appeal, which appellees Jeffrey Anderson and Cynthia Anderson do not oppose, because the trial court granted appellants' motion for new trial.[1] *See Wilkins v. Methodist Health Care Sys*., 160 S.W.3d 559, 563 (Tex. 2005) ("[W]hen the trial court grants a motion for new trial, the court essentially wipes the slate clean and starts over."). There is no longer a final and appealable judgment over which we may exercise jurisdiction. *See Lehmann v. Har-Con Corp*., 39 S.W.3d 191, 195 (Tex. 2001). Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

---

[1] Appellants provided a file-stamped copy of the trial court's signed order granting their motion for new trial in the underlying suit.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed:   June 25, 2015